UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>327901 NORTH HIGHWAY 2, NEWPORT, WASHINGTON, TOGETHER WITH ALL APPURTENANCES, FIXTURES, ATTACHMENTS AND IMPROVEMENTS THERETO AND THEREUPON,<br><br>                    Defendant. | NO: 14-CV-0103-TOR<br><br>FINAL ORDER OF FORFEITURE OF SUBSTITUTE RES<br><br>*USMS Action Required* |

BEFORE THE COURT is the United States' Motion for Entry of an Order of Forfeiture of Substitute Res (ECF No. 4). There being no reason to delay entry of Judgment, the hearing set May 30, 2014 is hereby vacated.

Plaintiff, United States of America, filed a Verified Complaint for Forfeiture *In Rem* on April 17, 2014, alleging that the defendant property was subject to

FINAL ORDER OF FORFEITURE OF SUBSTITUTE RES ~ 1

forfeiture to the United States pursuant to 21 U.S.C. § 881.  ECF No. 1.

The above court has jurisdiction over this matter by virtue of 28 U.S.C. §§ 1345 and 1355.  Venue is proper pursuant to 28 U.S.C. § 1395.

The defendant real property is located at 327901 North Highway 2, Newport, Washington, and is legally described in the Verified Complaint for Forfeiture *In Rem*.

According to Pend Oreille County Assessor real property records, Roberta H. Ward is the owner of the real property.

The United States and Roberta H. Ward entered into a settlement agreement and stipulation for forfeiture, in accordance with her plea agreement in *United States v. Roberta Helen Ward,* 2:12-CR-0117-RMP-1, filed herein on April 28, 2014, in which Ms. Ward agreed to provide $5,000.00 substitute res in lieu of forfeiture of the Defendant real property. ECF No. 2.

On April 28, 2014, the United States filed its Notice of Receipt of Substitute Res indicating that on or about April 24, 2014, the United States Marshal's Service received the $5,000.00 substitute res, as agreed.  ECF No. 3.

It appearing to the Court that the United States and real property owner Roberta H. Ward agreed in the settlement agreement and stipulation filed herein to the forfeiture of $5,000.00 substitute *res* in lieu of forfeiture of the Defendant real property, and **waived a hearing and notice of presentment**;

FINAL ORDER OF FORFEITURE OF SUBSTITUTE RES ~ 2

1   IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED, that the

2   $5,000.00 substitute *res* is hereby forfeited to the United States;

3   IT IS FURTHER ORDERED that the United States Marshal's Service shall

4   dispose of the $5,000.00 in accordance with law.

5   The District Court Executive is hereby directed to enter this Order, enter

6   Judgment accordingly, provide copies to counsel, and CLOSE the file.

7   **DATED** May 23, 2014.



                    THOMAS O. RICE
                    United States District Judge

FINAL ORDER OF FORFEITURE OF SUBSTITUTE RES ~ 3