AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  2:14-CV-0103-TOR |
| 327901 NORTH HIGHWAY 2, NEWPORT, | ) |
| WASHINGTON, TOGETHER WILL ALL | ) |
| APPURTENANCES, FIXTURES, ATTACHMENTS AND IMPROVEMENTS THERETO AND THEREUPON, | |
| *Defendant* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   IT IS ORDERED, ADJUDGED, AND DECREED, that the $5,000.00 substitute res is hereby forfeited to the United States and the United States Marshal's Service shall dispose of the $5,000.00 in accordance with law.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   THOMAS O. RICE _____ on a motion for  final order of forfeiture

of substitute res (ECF No. 4).

Date:  May 23, 2014 _____

CLERK OF COURT

SEAN F. McAVOY _____

s/ Cora Vargas _____
*(By) Deputy Clerk*

Cora Vargas _____